1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11   IAN MICHAEL MEDJES,

12            Plaintiffs,

13       vs.

14   LOS ANGELES POLICE
     DEPARTMENT OFFICERS
15   WUNDER, WINGER, WHITELAW,
16   RAMIREZ, MORALES,
     NALBORZCYK, BAYONA,
17   JEPPSON, NAKAMURA,
18   DUYANEM, SADANAGA,
19   PROSSER, MARAVILLA, TAGG;
     KAISER FOUNDATION
20   HOSPITALS; DR. GARO BALKIAN,
21   MD, and DOES 1-10,

22            Defendants.

23

**CASE NO. CV14-05377 DDP (JCx)**
*Hon. Dean D. Pregerson - Ctrm. 9C, 9th Fl.*
*Hon. Mag. Jacqueline Chooljian- Ctrm. 20, 3rd Fl.*

**AMENDED JUDGMENT**

24       This action came on regularly for trial on February 7, 2017, in Courtroom
25   "9C" of the United States District Court, Central District of California, Central
26   Division, the Honorable Dean D. Pregerson, Judge Presiding.  The Plaintiff IAN
27   MICHAEL MEDJES, was represented by attorney Larry A. Peluso. The Defendants
28   MANDEE   DUYANEN,   JAMES   JEPPSON,   FRANCISCO   MARAVILLA,

1  ELIMELEC    LEMUS-MORALES,    CORY    NAKAMURA,    MICHAEL
2  NALBORCZYK, DET. DEBBIE PROSSER, GUS RAMIREZ, DET. MARIE
3  SADANAGA, LISA TAGG, MATTHEW WHITELAW, SGT. DOUGLAS
4  WINGER and SGT. CHARLES WUNDER were present and represented by
5  attorneys Colleen R. Smith and Lisa W. Lee.  Defendant KEVIN BAYONA is
6  hereby dismissed with prejudice from this matter.

7       The trial was bifurcated, with phase I addressing liability and compensatory
8  damages only.

9       A jury of 8 persons was regularly impaneled and sworn on February 7, 2017.
10 Witnesses were sworn and testified.   On February 14, 2017, following the
11 presentation of evidence and argument during a jury trial which concluded February
12 14, 2017, the jury, in the above-entitled action, UNANIMOUSLY found as follows:

13

14                    **JUDGMENT ON SPECIAL VERDICT**

15      WE, THE JURY in the above-entitled action, unanimously find as follows on
16 the questions submitted to us:

17

18 QUESTION NO. 1: Has Plaintiff Medjes proved by a preponderance of the
19 evidence that any of the following Defendants violated his Fourth Amendment
20 Constitutional Rights by using excessive force against him?

21      *Answer (check "Yes" or "No") following the name of each Defendant*:

22

23      FRANCISCO MARAVILLA        YES_____    NO__✓____
24      ELIMELEC LEMUS-MORALES     YES_____    NO__✓____
25      MICHAEL NALBORCZYK         YES_____    NO__✓____
26      GUS RAMIREZ                YES_____    NO__✓____
27      LISA TAGG                  YES_____    NO__✓____
28      MATTHEW WHITELAW           YES_____    NO__✓___

1       CHARLES WUNDER          YES_____       NO__✓____

2 *If you answered "No" as to each of the Defendants, please date and sign this form*

3 *where indicated below and return to the form to the Court.*

4 *If you answered "Yes" as to any Defendant, proceed to Question No. 2.*

5

6 QUESTION NO. 2: For each "Yes" response you gave to Question No. 1, do you

7 find that Plaintiff Medjes has proved by a preponderance of the evidence that the

8 Defendant's conduct was the cause of injury to him? (If you responded "No" with

9 respect to a particular Defendant in Question No. 1, do not answer Question No. 2

10 with respect to that Defendant.)

11       *Answer (check "Yes" or "No") following the name of each Defendant:*

12       FRANCISCO MARAVILLA     YES_____       NO_____

13       ELIMELEC LEMUS-MORALES   YES_____       NO_____

14       MICHAEL NALBORCZYK      YES_____       NO_____

15       GUS RAMIREZ               YES_____       NO_____

16       LISA TAGG                 YES_____       NO_____

17       MATTHEW WHITELAW        YES_____       NO_____

18       CHARLES WUNDER          YES_____       NO_____

19

20 *Please proceed to Question No. 3.*

21

22 QUESTION NO. 3: Has Plaintiff Medjes proved by a preponderance of the

23 evidence that any of the following Defendants failed to intervene to prevent a

24 violation of his Fourth Amendment Constitutional Rights?

25       *Answer (check "Yes" or "No") following the name of each Defendant:*

26       FRANCISCO MARAVILLA     YES_____       NO__✓____

27       ELIMELEC LEMUS-MORALES   YES_____       NO__✓____

28       MICHAEL NALBORCZYK      YES_____       NO__✓___

| | | |
|---|---|---|
| GUS RAMIREZ | YES_____ | NO__✓____ |
| LISA TAGG | YES_____ | NO__✓____ |
| MATTHEW WHITELAW | YES_____ | NO__✓____ |
| CHARLES WUNDER | YES_____ | NO__✓___ |

*If you answered "No" as to each of the Defendants, please proceed to Question No. 5.*

*If you answered "Yes" as to any Defendant, proceed to Question No. 4.*

QUESTION NO. 4: For each "Yes" response you gave to Question No. 3, do you find that Plaintiff Medjes has proved by a preponderance of the evidence that the Defendant's conduct was the cause of injury to him? (If you responded "No" with respect to a particular Defendant in Question No. 3, do not answer Question No. 4 with respect to that Defendant.)

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | | |
|---|---|---|
| FRANCISCO MARAVILLA | YES_____ | NO_____ |
| ELIMELEC LEMUS-MORALES | YES_____ | NO_____ |
| MICHAEL NALBORCZYK | YES_____ | NO_____ |
| GUS RAMIREZ | YES_____ | NO_____ |
| LISA TAGG | YES_____ | NO_____ |
| MATTHEW WHITELAW | YES_____ | NO_____ |
| CHARLES WUNDER | YES_____ | NO_____ |

*Please proceed to Question No. 5.*

QUESTION NO. 5:  *Only answer the following question if you gave any "Yes" responses to Question Nos. 2 or 4. If you gave only "No" responses to Question Nos. 2 and 4, please date and sign this form where indicated below.*

**4**

Has Plaintiff Medjes proved by a preponderance of the evidence that any of the following Defendants acted with malice, fraud or oppression?

*Answer (check "Yes" or "No") following the name of each Defendant:*

| | | |
|---|---|---|
| FRANCISCO MARAVILLA | YES_____ | NO_____ |
| ELIMELEC LEMUS-MORALES | YES_____ | NO_____ |
| MICHAEL NALBORCZYK | YES_____ | NO_____ |
| GUS RAMIREZ | YES_____ | NO_____ |
| LISA TAGG | YES_____ | NO_____ |
| MATTHEW WHITELAW | YES_____ | NO_____ |
| CHARLES WUNDER | YES_____ | NO_____ |

*Please date and sign below, and return this form to the Court.  Thank you.*

DATED:  _2/14/17____                    _____/s/_____
_____        FOREPERSON OF THE JURY

By reason of dismissals, the rulings of the Court, and the special verdict, Defendants MANDEE DUYANEN, JAMES JEPPSON, FRANCISCO MARAVILLA, ELIMELEC LEMUS-MORALES, CORY NAKAMURA, MICHAEL NALBORCZYK, DET. DEBBIE PROSSER, GUS RAMIREZ, DET. MARIE SADANAGA, LISA TAGG, MATTHEW WHITELAW, SGT. DOUGLAS WINGER and SGT. CHARLES WUNDER are entitled to judgment against Plaintiff IAN MICHAEL MEDJES.

Now, therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiff IAN MICHAEL MEDJES, have and recover nothing by reason of each and all his claims as set forth in the Complaint against Defendants KEVIN BAYONA, MANDEE DUYANEN, JAMES JEPPSON, FRANCISCO MARAVILLA,

ELIMELEC LEMUS-MORALES, CORY NAKAMURA, MICHAEL NALBORCZYK, DET. DEBBIE PROSSER, GUS RAMIREZ, DET. MARIE SADANAGA, LISA TAGG, MATTHEW WHITELAW, SGT. DOUGLAS WINGER and SGT. CHARLES WUNDER and that Defendants shall recover their costs in accordance with Local Rule 54.

***JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL DEFENDANTS ON ALL CLAIMS.***

***IT IS SO ORDERED.***

DATED: March 21, 2017      _____

**HONORABLE DEAN D. PREGERSON**

**UNITED STATES DISTRICT COURT JUDGE**